IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CYNTHIA HELTON BRIGGS                                                                    PLAINTIFF

vs.                                        Civil No. 4:12-cv-04125

CAROLYN COLVIN                                                                           DEFENDANT
Commissioner, Social Security Administration

## ORDER

      Before the Court is the Report and Recommendation filed on February 6, 2014 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

      Accordingly, this Court finds that Plaintiff is entitled to compensation under the EAJA in the amount of $3,541.50. This award represents 2.90 attorney hours in 2012 at an hourly rate of $180.00 and 16.50 attorney hours in 2013 and 2014 at an hourly rate of $183.00. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

      The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

      **IT IS SO ORDERED**, this 27th day of February, 2014.

                                                        /s/ Susan O. Hickey
                                                         Susan O. Hickey
                                                         United States District Judge